UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWARD COHAN,
    Plaintiff,

v.                                      Case No.: 3:15-cv-61-J-20JRK

SUN COAST HOSPITALITY LLC,
a Foreign Limited Liability Company,
d/b/a HAMPTON INN,

    Defendant(s).
_____/

## ORDER

This cause is before this Court on the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 13). In this motion, the parties jointly stipulate to the dismissal of this action with prejudice.

Accordingly it is **ORDERED**:

1. The parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 13) is **GRANTED**;

2. Pursuant to Rule 41, Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**; and

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of July, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Gregory S. Sconzo, Esq.
Justin C. Sorel, Esq.